## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

_Harry Anthony Scheina III_ )
(full name) )
_# 1018855_ (Register No). )
)
_____ )
Plaintiff(s). )
)
v. )
)
_James Sigman - Sheriff_ )
(Full name) )
_Jennifer - Jail Administrator_ )
_Dr. Bentley - Pam Tripp J.A._ )
Defendant(s). )

Case No. _18 - 3169 - CV - S - BP - P_

Defendants are sued in their (check one):
_____ Individual Capacity
_____ Official Capacity
__X__ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.     Place of present confinement of plaintiff(s): _F.R.D.C., Fulton, MO_

II.    Parties to this civil action:
Please give your commitment name and any another name(s) you have used while
incarcerated.

A. Plaintiff _Harry Anthony Scheina III_ Register No. _#1018855_
Address _F.R.D.C. P.O. Box 190 Fulton, MO 65251_
_Housing Unit 5-D-142-B5_

B. Defendant _James Sigman, Jennifer, + Dr. Bentley,_
_Pam Tripp, Jail Administrator_
Is employed as _Sheriff, Jail Administrator, Dr. and Medical_
_administrator, Jail administrator_

For additional plaintiffs or defendants, provide above information in same format on a
separate page.

1

III.  Do your claims involve medical treatment?   Yes __X__   No _____

IV.  Do you request a jury trial?   Yes __X__   No _____

V.  Do you request money damages?   Yes __X__   No _____

State the amount claimed? $1,000,000.00 $_____ / _____ (actual/punitive)

VI.  Are the wrongs alleged in your complaint continuing to occur?   Yes __X__ No ___

VII.  Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes __X__   No _____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes _____   No __X__

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____

_____

_____

D. If you have not filed a grievance, state the reasons.
Institutional Staff refused to provide the required paperwork

VIII.  Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?   Yes _____   No __X__

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes _____   No __X__

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____n/a_____
     (Plaintiff)         (Defendant)
(2) Date filed: _____n/a_____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____

      (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____

      (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.   Statement of claim: *Incident #1 began on 6-5-17*

                  *Incident #2 began on 4-4-18*

A.   State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

*#1 Upon being arrested by Texas County, I notified the jail administrators, Pam Tripp, and Jennifer, that I had a broken jaw that was in a terrible state of disrepair and surgery had been scheduled to repair/replace the fasteners and hardware. — I was refused proper medical treatment by staff and Dr. Bently despite written and verbal requests for such. — Staff further refused to transport me to outside medical though Dr. Bently stated that I was in immediate need. #2 Sheriff James Sigman used excessive force to "restrain" me, re-breaking my already injured jaw.*

B.   State briefly your legal theory or cite appropriate authority:

*The negligence of the custody and medical staff at the Texas County Jail have exasorbated the injury to my jaw and is still causing me daily pain + suffering. The negligence of the custody and/or medical staff in providing an appropriate diet based upon my injury continues to cause digestive issues, pain and suffering. — Staff refuse to allow me to follow up with the jail's grievance procedures*

3

X.   Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

Pay me $1,000,000.°° plus, pay all medical
and psychiatric expenses, adjust the grievance
procedures so that appropriate paperwork is available

XI.  Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's
name. _____

B. Have you made any effort to contact a private lawyer to determine if he or she would
represent you in this civil action?                     Yes_____ No__X__

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
                                                         Yes _____   No __X__

If your answer is "Yes," state the name and address of the lawyer.
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___23___ day of ___MAY___ 20_18_.

_Harry G. Echuna III_
Signature(s) of Plaintiff(s)

_____

_____

4

Larry A. Scheins III

#1018855 H.U. 5-D-131-B5

F.R.D.C. P.O. Box 190

Fulton, MO 65251

<u>Legal Mail</u>

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

MAILED FROM:
FULTON RECEPTION AND
DIAGNOSTIC CENTER

MID-MISSOURI P&DF
MO 652 1 L
25 MAY 2018 PM

RECEIVED
2018 MAY 29 PM 12: 13

United States District Court
Office of the Clerk
1570 Whitaker Courthouse
400 E. Ninth St.
Kansas City, MO
64106-2620 0015