IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

_Harry Anthony Scheina III_
Plaintiff, Petitioner or Movant
#1018855

v.                                    Case No. _____

_Sheriff James Sigman_
Defendant(s) or Respondent(s)
_Jennifer (Jail Administrator)_
_Pam Tripp (Jail staff)_

**AFFIDAVIT IN SUPPORT OF REQUEST TO
PROCEED *IN FORMA PAUPERIS* -- PRISONER CASES**

I, _Harry Anthony Scheina III #1018855_ declare (1) that I am the _petitioner_ in this case; (2) that in support of my motion to proceed without being required to prepay fees or costs, I state that because of my poverty, I am unable to pay the costs of this proceeding; and (3) that I believe I am entitled to relief. (Note: Prisoners must pay the full filing fee of $350.00 in civil rights cases even if they are granted leave to proceed in forma pauperis and even if this case is dismissed at a later time by the Court. See 28 U.S.C. § 1915 (e)(2) and In re Tyler, 110 F.3d 528, 529-30 (8th Cir. 1997)(under Prison Litigation Reform Act, prisoners are responsible for filing fees the moment a civil action is filed). See instructions provided with this packet.

1. Place of confinement of plaintiff: _F.R.D.C., Fulton, MO_

2. Crime(s) for which you have been convicted, date and sentence on each:
   _2nd Degree Burglary, 04/17/2017, 7 years_
   _Stealing - 04/17/2017, 3 years_

3. Are you presently employed?    Yes ___   No _X_

   a. If the answer is "Yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   _N/A_

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
   _Missouri Hardwood Flooring - $8.50 p. hour -_
   _about $1360.00 per month, 2016_

1

Case 6:18-cv-03169-BP   Document 8   Filed 07/02/18   Page 1 of 5

4. Have you received, within the past twelve (12) months, money from any of the following sources?

|  | Yes | No |
|---|---|---|
| Business, profession of form of self-employment? | | X |
| Rent payments, interest or dividends? | | X |
| Pensions, annuities or life insurance payments? | | X |
| Gifts or inheritances? | | X |
| Any other sources? | | X |

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

n/a

5. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts during the last six (6) months.) Yes ___ No X

If the answer is "Yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison accounts during the last six (6) months.

n/a

6. Do you own real estate, stocks, bonds, notes, automobiles, jewelry or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No X

If the answer is "yes," describe the property and state its approximate value.

n/a

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

n/a

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this 28 day of JUNE 20 18.

Harry C. Schein III
Signature(s) of Plaintiff(s) 1018855

Thursday, June 28, 2018

I, Harry Anthony Scheina III, #1018855, already submitted an "Inmate Acount Statement" related to this case number: 18-3169-CV-S-BP-P on May 29, 2018.

My situation remains unchanged financially.

I declare under penalty of perjury that the foregoing is true and correct.

Harry Anthony Scheina III #1018855
Harry a Scheina III 1018855

Harry Anthony Scheina III
#1818855 H.U. 5-D-140-5
F.R.D.C. P.O. Box 190
Fulton, MO 65251

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

MAILED FROM:
FULTON RECEPTION AND
DIAGNOSTIC CENTER

MID-MISSOURI P&DF
MO 652 1 L
29 JUN 2018 PM

Legal Mail

RECEIVED
2018 JUL -2 PM 1:01
CLERK US DISTRICT COURT
WEST DISTRICT OF MO
KANSAS CITY, MO

Attention: Paige Wymore-Wynn
Clerk of The Courts
400 East 9th Street, Room 1510
Kansas City, MO

6410671958