Thursday, June 28, 2018

Attention: Paige Wxmore-Wynn
Clerk of The Courts
400 East 9th Street, Room 1510
Kansas City, MO 64106

RE: Case No.: 6:18-cv-03169-BP-P

Dear Clerk of The Courts:

I am writing at this time to extend an additional request to be assigned an attorney for this matter, if that is at all possible.

I have very little formal education and the daunting paperwork is nearly overwhelming.

Thank You,

Harry Anthony Scheina III   #1018855

Harry a Scheina III  1018855

Harry Anthony Schoina III
#1018855 HU 5-D-145
F.R.D.C. P.O. Box 190
Fulton, MO 65251

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

MAILED FROM
FULTON RECEPTION AND
DIAGNOSTIC CENTER

Legal Mail

MID-MISSOURI PADF
MO 652 1 L
29 JUN 2018 PM

RECEIVED
2018 JUL -2 PM 1:01
CLERK U.S. DISTRICT COURT
WESTERN DIST. OF MO
KANSAS CITY, MO

Attention: Paige Wymore-Wynn
Clerk of the Courts
400 East 9th Street, Room 1510
Kansas City, MO
64106-1158